DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:04cr5284 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; VACATE MOTIONS CALENDAR/HEARING TO BE RESET BY THE COURT; AND PROPOSED ORDER THEREON |
| v. | |
| OSCAR REYES-CARDONA, | DATE : April 18, 2006 |
| Defendant. | TIME : 9:00 a.m. |
| | DEPT : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above captioned case, set for April 4, 2006, may be continued to **April 18, 2006 at 9:00 a.m.**

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the motions calendar in the above captioned case is hereby vacated to be reset by the Court; and the hearing on said motions, scheduled for April 4, 2006, is hereby vacated, to be reset by the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED : March 29, 2006

    McGREGOR W. SCOTT
    United States Attorney


    /s/ Laurel J. Montoya
    LAUREL J. MONTOYA
    Assistant U.S. Attorney at Law
    Attorney for Plaintiff

DATED:  March 29, 2006    DANIEL J. BRODERICK
    Acting Federal Defender


    /s/ Mark A. Lizarraga
    MARK A. LIZARRAGA
    Assistant Federal Defender
    Attorney for Defendant


### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 30, 2006**    **/s/ Oliver W. Wanger**
emm0d6    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference;
and Vacate Motions Calendar/Hearing to be
Reset by the Court    2