DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:04cr5284 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE;  AND PROPOSED ORDER |
| v. | ) ) | THEREON |
| OSCAR REYES-CARDONA, | ) ) | DATE : May 16, 2006 |
| Defendant. | ) ) | TIME : 9:00 a.m. DEPT : Hon. Oliver W. Wanger |
|  | ) |  |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above captioned case, set for April 18, 2006, may be continued to **May 16, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED : April 14, 2006

                                              McGREGOR W. SCOTT  
                                              United States Attorney

                                              /s/ Laurel J. Montoya  
                                              LAUREL J. MONTOYA  
                                              Assistant U.S. Attorney at Law  
                                              Attorney for Plaintiff

DATED:  April 14, 2006          DANIEL J. BRODERICK  
                                              Acting Federal Defender

                                              /s/ Mark A. Lizarraga  
                                              MARK A. LIZARRAGA  
                                              Assistant Federal Defender  
                                              Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    April 19, 2006**            **/s/ Oliver W. Wanger**  
emm0d6                                    UNITED STATES DISTRICT JUDGE