1   DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
2   MARK A. LIZARRAGA, Bar #186240
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5
    Attorney for Defendant
6   OSCAR REYES-CARDONA

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No. 1:04cr5284 OWW
                                        )
12                   Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE;  AND ORDER THEREON
13          v.                          )
                                        )   DATE :  June 6, 2006
14   OSCAR REYES-CARDONA,               )   TIME  :  9:00 a.m.
                                        )   DEPT :  Hon. Oliver W. Wanger
15                   Defendant.         )
                                        )
16   _____)

17          IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18   attorneys of record herein, that the Status Conference hearing in the above captioned case, set for

19   May 16, 2006, may be continued to  **June 6, 2006 at 9:00 a.m.**

20          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21   justice, including but not limited to, the need for the period of time set forth herein for effective defense

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2         DATED : May 11, 2006

3

4                                   McGREGOR W. SCOTT
                                    United States Attorney

5

6                                   /s/ Laurel J. Montoya

7                                   LAUREL J. MONTOYA
                                    Assistant U.S. Attorney at Law
                                    Attorney for Plaintiff

8

9         DATED:  May 11, 2006            DANIEL J. BRODERICK
                                    Acting Federal Defender

10

11                                  /s/ Mark A. Lizarraga

12                                  MARK A. LIZARRAGA
                                    Assistant Federal Defender

13                                  Attorney for Defendant

14

15   **O R D E R**

16

17        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

18   3161(h)(8)(A) and 3161(h)(B)(iv).

19

20

21

22   IT IS SO ORDERED.

23   **Dated:   May 18, 2006**               **/s/ Oliver W. Wanger**

24   emm0d6                      UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation to Continue Status Conference;