DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR REYES-CARDONA,<br><br>　　　　　Defendant. | Case No. 1:04cr5284 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE;  AND ORDER THEREON<br><br>DATE : June 27, 2006<br>TIME : 9:00 a.m.<br>DEPT : Hon. Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above captioned case, set for June 6, 2006, may be continued to **June  27,  2006 at 9:00 a.m.**

　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2     DATED : May 31, 2006

|  |  |
|---|---|
|  | McGREGOR W. SCOTT |
|  | United States Attorney |
|  |  |
|  | /s/ Laurel J. Montoya |
|  | LAUREL J. MONTOYA |
|  | Assistant U.S. Attorney at Law |
|  | Attorney for Plaintiff |

DATED:  May 31, 2006    DANIEL J. BRODERICK
                                            Acting Federal Defender

                                            /s/ Mark A. Lizarraga
                                            MARK A. LIZARRAGA
                                            Assistant Federal Defender
                                            Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 1, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE