DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:04cr5284 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE;  AND ORDER THEREON |
| v. | ) ) | DATE : July 18, 2006 |
| OSCAR REYES-CARDONA, | ) ) | TIME : 9:00 a.m. DEPT : Hon. Oliver W. Wanger |
| Defendant. | ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above captioned case, set for June 27, 2006, may be continued to **July 18,  2006 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED : June 22, 2006

McGREGOR W. SCOTT
United States Attorney


/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney at Law
Attorney for Plaintiff

DATED:  June 22, 2006        DANIEL J. BRODERICK
                             Federal Defender


/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

Stipulation to Continue Status Conference

2

1 | IT IS SO ORDERED.

2 | **Dated:    June 23, 2006**                              /s/ Oliver W. Wanger
  | emm0d6                                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference