DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:04cr5284 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY/AMEND |
| | ) | CONDITIONS OF RELEASE; AND PROPOSED |
| v. | ) | ORDER THEREON |
| | ) | |
| OSCAR REYES-CARDONA, | ) | DEPT : Hon. Lawrence J. O'Neill |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that defendant's conditions of release, as set forth in the Amended Order Setting Conditions of Release, dated April 19, 2006, are modified/amended to include electronic monitoring. Defendant is to participate in the following home confinement program components and is to abide by all the requirements of the program, which *WILL* include electronic monitoring.

1. **CURFEW**: Defendant is restricted to his residence everyday from 9:00 p.m. to 6:00 a.m., unless otherwise approved in advance by the Pretrial Services Officer;

2. Defendant shall, in accordance with this Order, have a Home Monitoring Unit installed in his residence, a radio frequency device attached to his person, and shall comply with all instructions for the use and operation of said devices, as given to defendant by the Pretrial Services Agency and employees of electronic monitoring contractor;

3. Defendant shall be personally responsible for the cost of participating in the Electronic

1  Monitoring Program and shall pay the monthly fee as instructed by the Pretrial Services Agency;

2      4. All other previously imposed conditions of pretrial release, not in conflict, remain in full force
3  and effect.

4      Defendant's Attorney, Mark A. Lizárraga, has reviewed the contents of this stipulation with the
5  defendant and the defendant agrees to the additional term of supervised release.

6      DATED : July 5, 2006        McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Laurel J. Montoya
                                            LAUREL J. MONTOYA
                                            Assistant U.S. Attorney at Law
                                            Attorney for Plaintiff

    DATED: July 5, 2006         DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Mark A. Lizárraga
                                            MARK A. LIZÁRRAGA
                                            Assistant Federal Defender
                                            Attorney for Defendant

## **O R D E R**

THE ABOVE MODIFICATIONS/AMENDMENTS TO THE "AMENDED ORDER SETTING CONDITIONS OF RELEASE" DATED APRIL 19, 2006, ARE SO ORDERED.

IT IS SO ORDERED.

1 | **Dated:   July 5, 2006**          __/s/ Lawrence J. O'Neill__
b9ed48                                  UNITED STATES MAGISTRATE JUDGE