DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:04cr5284 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; AND ORDER THEREON |
| v. | ) |
| | ) DATE : August 22, 2006 |
| OSCAR REYES-CARDONA, | ) TIME : 9:00 a.m. |
| | ) DEPT : Hon. Oliver W. Wanger |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above captioned case, set for July 18, 2006, may be continued to **August 22, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED : July 13, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney at Law
Attorney for Plaintiff

DATED:  July 13, 2006

DANIEL J. BRODERICK
Federal Defender

/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: July _____, 2006

Stipulation to Continue Status Conference

2

1  IT IS SO ORDERED.

2  **Dated:     July 15, 2006**              _____/s/ Oliver W. Wanger_____
   emm0d6                                    UNITED STATES DISTRICT JUDGE