UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

FILED
JUL 1 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

The United States,

-vs-

**OSCAR REYES CARDONA**                                    Docket No. 04-5284 OWW

COMES NOW <u>Kimberly M. Dalton</u>, Supervisory Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Oscar Reyes Cardona</u>, who was placed on bond by the Honorable <u>Lawrence J. O'Neill</u>, <u>U. S. Magistrate Judge</u>, sitting in the Court at <u>Fresno, California</u>, on the <u>7 th</u> day of <u>December</u>, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows in attachment:

**OFFENSE:** Conspiracy to Distribute Methamphetamine; Distribution of Methamphetamine (2 counts); and, Unlawful Sale of a Firearm to a Prohibited Person.

**BOND CONDITIONS:** Please see attached

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 16, 2006, at approximately 7:46p.m. the defendant left his residence and his whereabouts remained unknown until approximately 2:45p.m. on July 18, 2006.   On July 17, 2006, the defendant failed to report for drug testing as directed.

**PRAYING THAT THE COURT WILL ORDER** a no bail warrant be issued for the defendant's arrest.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services.

**TELEPHONE NUMBER:**    On file with Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct.     Executed on July 18, 2006

Respectfully submitted,

*/s/ Kimberly M. Dalton*
KIMBERLY M. DALTON
Supervisory Pretrial Services Officer

**ORDER**

__X__ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ **No Bail** .
_____ The Court hereby orders this ex parte motion and order be sealed.
_____ The Court orders a summons be issued with an appearance date of _____.
_____ The Court hereby orders this matter placed on this court's calendar on_____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
_____ The Court orders no action be taken.

Considered and ordered this _18th_ day of _July_, 20_06_, and ordered filed and made a part of the records in the above case.

**CARDONA, Oscar**
**Dkt. No. 04-5284 con't**

12. Participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

    **CURFEW:** You are restricted to your residence everyday from 9:00p.m.to 6:00a.m., unless otherwise approved by the Pretrial Services Officer;

13. You shall, in accordance with this release order, have a Home Monitoring Unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the electronic monitoring contractor; and,

14. You shall be personally responsible for the cost of your participation in the Electronic Monitoring Program and shall pay the monthly fee as instructed by the Pretrial Services Agency.

**CARDONA, Oscar Reyes**
**Dkt. No. 04-5284**

## BOND CONDITIONS

1. You shall be released on a $50,000 unsecured bond signed by Oscar Cardona, Sr.;

2. You are released to the third party custody of Oscar Cardona, Sr.;

3. You shall reside at a residence approved by Pretrial Services and not move or absent yourself from this residence for more than 24 hours unless approved in advance;

4. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

5. Your travel is restricted to the Northern District of California except for direct travel to Fresno for court-related purposes;

6. You shall submit to drug and or alcohol testing as directed by the Pretrial Services Officer;

7. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

8. You shall seek and or maintain employment and provide proof thereof to the Pretrial Services Officer as directed;

9. You shall not possess a firearm, destructive device, or other dangerous weapon;

10. You shall participate in drug, alcohol, and mental health counseling as directed;

11. You shall refrain from any use of alcohol or illegal drugs and not possess narcotic drugs or other controlled substances without a legal prescription;