DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:04cr5284 OWW |
| | ) | |
| Plaintiff, | ) | ORDER TO EXONERATE BOND |
| | ) | |
| v. | ) | |
| | ) | |
| OSCAR REYES-CARDONA, | ) | DEPT : Hon. Dennis L. Beck |
| | ) | |
| Defendant. | ) | |
| ———————————————————— | ) | |

This matter having come before the Court on July 19, 2006 for a pretrial violation, and the Court having found that defendant Oscar Reyes-Cardona did in fact violate his conditions of pretrial as set forth in Appearance and Compliance Bond, filed April 19, 2006, and as ordered in the Amended Order Setting Conditions of Release, filed April 19, 2006,

THE COURT ORDERS that the Unsecured Bond be exonerated and IT IS HEREBY EXONERATED.

IT IS SO ORDERED.

Dated:   **August 9, 2006**                           _____/s/ **Dennis L. Beck**_____
3b142a                                                          UNITED STATES MAGISTRATE JUDGE