DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:04-cr-5284 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE;  AND ORDER THEREON |
| v. ) | |
| ) | DATE : November 7, 2006 |
| OSCAR REYES-CARDONA, ) | TIME : 9:00 a.m. |
| ) | DEPT : Hon. Oliver W. Wanger |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above captioned case, set for October 24, 2006, may be continued to **November 7, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED : October 18, 2006

          McGREGOR W. SCOTT
          United States Attorney

          /s/ Laurel J. Montoya
          LAUREL J. MONTOYA
          Assistant U.S. Attorney at Law
          Attorney for Plaintiff

DATED: October 18, 2006        DANIEL J. BRODERICK
          Federal Defender

          /s/ Mark A. Lizarraga
          MARK A. LIZARRAGA
          Assistant Federal Defender
          Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   October 19, 2006**        **/s/ Oliver W. Wanger**
emm0d6        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference

2