DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR REYES-CARDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>OSCAR REYES-CARDONA,  )<br>  )<br>            Defendant.  )<br>_____ ) | Case No. 1:04-cr-5284 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE;  AND ORDER THEREON<br><br>DATE : November 14, 2006<br>TIME : 9:00 a.m.<br>DEPT : Hon. Oliver W. Wanger |

       IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above captioned case, set for November 7, 2006, may be continued to **November 14, 2006 at 9:00 a.m.**

       The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED : November 2, 2006

    McGREGOR W. SCOTT
    United States Attorney

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney at Law
Attorney for Plaintiff

DATED:  November 2, 2006    DANIEL J. BRODERICK
    Federal Defender

/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

Stipulation to Continue Status Conference

2

1 **Dated: November 7, 2006** /s/ Oliver W. Wanger
emm0d6 UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Status Conference